UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCELLINA M. MACARTHUR,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　Defendant. | Case No. C17-5982 MLP<br><br>ORDER |

In February 2019, the Court affirmed the final decision of the Commissioner and dismissed the case with prejudice. (Dkt. ## 20, 21.) Plaintiff appealed that decision to the Ninth Circuit. (Dkt. ## 22, 23.) On appeal, the parties filed a stipulated motion to vacate the judgment and to remand pursuant to *Carr v. Saul*, 141 S. Ct. 1352 (2021). (Dkt. # 26.) The Ninth Circuit granted the motion. (*Id.*) Accordingly, the Court hereby remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Supreme Court's intervening decision in *Carr*.

//

//

//

ORDER - 1

1 | Dated this 11th day of June, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2